Date: 08/23/2005  
Time: 2:17:51 pm  

**Federal Bureau of Prisons**  
**TRUFACS**  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: PHL

Start Date: 10/01/2004  
End Date: 09/30/2005  
Inmate Reg#: 82074054  
Account Status: All  
Institution: All  

### General Information

| | |
|---|---|
| Inmate Reg#: | 82074054 |
| Inmate Name: | AWALA, GBEKE |
| Current Site Name: | Philadelphia FDC |
| Housing Unit: | 7 SOUTH |
| Living Quarters: | G02-727U |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 6/1/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| PHL | 06/03/2005 04:34:52 AM | TX060305 | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| PHL | 07/06/2005 04:46:29 AM | TX070605 | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| PHL | 08/16/2005 06:27:25 AM | TX081605 | | Transfer - In from TRUFACS | $0.00 | | $0.00 |

Total Transactions: 3        Totals: $0.00 $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

RECEIVED NOV 10 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05-783