(Rev. 5/05)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

(1) Gbeke M. Awala  82074-054
(Name of Plaintiff)    (Inmate Number)

Federal Detention Center, P.O. Box 562, Phil, PA 19105
(Complete Address with zip code)

05 783

(2) _____
(Name of Plaintiff)    (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) Hon. Kent A Jordan
(2) Peter T. Dalleo
(3) Beth Moskow Schnoll
(Names of Defendants)

☒ Jury Trial Requested

RECEIVED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By mail Plff

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Awala v. DRBAPD, Civ. No. 05-097-KAJ, D. Del.
Awala v. Stretton, Civ. No. 05-472-UNA, D. Del.
Awala v. U.S. Dept of State, Civ. No. 05-368-KAJ D. Del.
Awala v. State of Delaware Civ. No. 05-369-KAJ
Awala v. Congress, Civ No. 05-367-KAJ D. Del
Awala v. Federal Reserve Bank Civ No. 05368-KAJ Del.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☐ Yes ☒ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:
   1. What steps did you take? *I have embraced the means, fanciful factual allegation to Complaint by letters.*
   2. What was the result? *failures, Futile, Delay, reckless. Clerical returned numbers of Motions for filing.*

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: *MR. Kent A. Jordan,*
    Employed as *Federal Judge* at *DISTRICT of Delaware*
    Mailing address with zip code: *Lockbox 10, 844 KING STREET U.S. COURTHOUSE, Wilmington, DE 19801*

(2) Name of second defendant: *Peter T. Dalleo*
    Employed as *Clerk* at *U.S. DISTRICT COURT.*
    Mailing address with zip code: *Delaware, Lockbox 18 844 KING STREET, Wilmington, DE 19801*

(3) Name of third defendant: *Beth Moskow Schnoll*
    Employed as *Asst. U.S. Attorney* at *U.S. Attorney's office.*
    Mailing address with zip code: *1007 Orange Street Suite 700 Wilmington, DE 19899.*

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. (1) (Kent A Jordan). The Judge over Case No. 04901-KAJ, Prior to Suppression Hearing, made Several Prejudicial Statements, and failed to Join the District Director of (DHS, former INS), to return U.S. Citizen's Documentation under form G-884, Conspired.

2. with the Interalia defendants, Unreasonably Prevent Important Objective, forcibly granted Suppression to favor Government, allegation of Past Criminal Record was to be excluded "Innocence". Fed. R. Ev. 609 et seq.

(2) Mr. Peter T. Dalleo, occupation, deprived

3. the Plaintiff Civil Right, deliberate Indifference Treatments under the Influence of the Judge Jordan, Returned all Support, Sufficient factual showing. Implicating, 6th Amend. Const Appeal Rule 25.

(3). Beth Moskow Schnoll, fails to Connect the essentials demands to rebuff the false Statements, by showing obvious truthful Substantial fact of Physical Evidence Provided by Mr. Awala Passport, recklessly disregard the Truth.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Therefore, the Judge has Conducted actions In Violation of the Plaintiffs 5th Amend. Due Process and Sixth. Amend. U.S. Constitution, "Oppressive Conduct" forcibly Poisonous to Continue over this Case, to excuse Mr. Stretton.

3

2. The Clerk, IF Transcript is available Under Case No. 04901-KAJ, to Offer for Copy as demanded, to enable Plaintiff Perfect is appeal. As under Rules of Appellate Proc. 4 and 10, and respect the Rule 25(4) Theory of the same. (File all Docs).

3. The AUSA Beth, Respect the Interloctuvoy Appeal against her will, Leave the Case to be decided by the Appeal Court. Join the Homeland Security, to Return all Documentations Obtained at the Baltimore Airport, Respecting the Exigents Circumsp amounung Consent To File firm. "Damages Punitive and etal. N. 300. (Homeland Security)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___6___ day of __November__, 2_005_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Gbeke Michael Awala Pro Se
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Legal mail:

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

