IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE.

| | |
|---|---|
| GBEKE MICHAEL AWALA, Plaintiff | C.A. No. 05-783-KAJ. |
| V. Kent A Jordan, U.S.D.C. Judge Delaware Beth Moskaw Schnoll, AUSA. Peter T. Dalleo, court clerk Defendants. | JURY Trial "yes" |

# SUPPLEMENTAL MOTION.

In addition to the attack on the Plaintiff, to ridicle and gain tactical advantage over the Plaintiff's Criminal Pros Trial, the defendants were personally Involved in the allegedly Improper Conducts, during the U.S Marshall Agents FRAGNEY, and Anderson et al, Invadious and excessive

Use of Force to transfer the Plaintiff from F.D.C Philadelphia to Wilmington, Delaware, as the Plaintiff now stay in Salem Correctional awaiting trial.

But the U.S. Marshall Anderson, et al, Broke the Plaintiffs "Ribs and Stomps, Kicks and Fataly Injured the Plaintiffs Jaws and knees, Including his heaps, Lying on the ground in philadelphia. Used the head of his "Timberland shoes," Locks the neck of the Plaintiff, and subsequently folded the Plaintiffs head, chest to his knees, until the Plaintiff Loosed Strength in the Cell room, his arms were Turned like a Thread and band in hand cuffs, all because the Agent have to deliver the body/Plaintiff to the defendants — Kent A. Jordan, Beth Mosko

Schnoll and Peter T. Dalleo, the Plaintiff experienced a disparate treatment and not merely of disparate Impact in order for a Constitutional equal protection violation to exist.

The Plaintiff is staying In the cell since, December 22, 2005, Its a shame Beyond that, which Congress administered Legal process to be a part of what are clearly Courtroom antics aimed at disrupting the due administration of Justice. However, How their does the Court employs "Thugs and unSuitable" persons to bear the oversight and Technical Support on Court system for federal employment, this allegation is Sufficient to meet the Intentionality requirement at this stage of the entire proceedings facing this Court, Evidence and the Court is required to weight and

2

genuine issue of Material Facts, the Marshall Anderson had Actual knowledge about my Criminal matter and when he dropped me at the FDC philadelphia June 2005, him and his partner, Agent with "Side Bears on his face" he openly and verbally anounced before the BOP staff "You aint gonna win" and My response was I'm gonna win my Criminal Case, I recognise now what he meant at that time, what he orchestrated was a Plan to destroy me Physically, Prior to the assault, he expresses on my Criminal Matters, as can adequately establish a motivation for retaliatory action, he stated his Concern of how I was deserved — we gonna do like wedo — exemplified by familiar Conection to Cohabiting, I was disruptive in the Courtroom, and the perception by his boss at arrival In wilmington outside the parking lot, of the Courthouse was, In light of the Courtroom, Prior Incident, about 5 marshalls Came downstairs, and to visit the nature of the abuse, In this

Case the Injury Foisted upon Mr. Awala, can depict a casual connection between his alledgedly disruptive conduct, although unsupported by Mr. Awala, nothing bewilderment or perplexing, while it is true that I am an American Citizen. The Plaintiff alleged that the removal of him from Philadelphia with the negative comments by the Individual Anderson and the two other Spanish BOP staff, while Plaintiff was been tortured in BOP Detention, being stomped and sexually harrassed "in his private" part to weaken his strength, while all this was happeng, Awala, is a good name, all CEO's leutenants, Harris et al knows the name, although not physically presenses others were present, the abuse cause the Plaintiff to suffer. loss of reputation, in the Jailhouse, mental distress and embarrassment, based on the defamatory comment by the individual Agents — Negative comment — such as you alien, you gonna go whith us, are going to walk, under pain, you aint American, you African, Thus, those comments rise to the level of

To the extent that the Court
is seen in support of the Marshalls
abuse, the Court Indicated on Record
dated December 12, 2005, at
Wilmington, DE MEMORANDUM ORDER.

Page 4, para 1. and if he becomes
eratic or obstreperous in his behavior
in Court, his standby Counsel will be asked
to take over the defense and Mr. Awala
will be removed, placed in a cell with
audio and video links to the Courtroom...
By defendant Kent A Jordan. Implementing
Future Force."

The spirit of the lord Came upon the
Plaintiff mightly, that the U. S. Marshall
Anderson, the U. S. Marshall (woman) and
the U. S. Marshall (Philadelphia), and the
3 other BOP Staff Members, were tolerated,
propped condoned to Implement those
atrocities, and do the Plaintiff Injury as they
6.

did. any reasonable fact-finder Can reasonably Conclude that the defendant kent A Jordan, Beth moskow Schnoll and Peter Dalleo, were falsifying federal Documents, Court documents as a bowstrings to afflict the Plaintiff — The Information adequately discloses the defendants are not Suitable for a federal employment, Placing the Plaintiff at a special Risk of health and loss of his life, their Conduct is Serious and warrant removal and debarment. Their acts or omission were deliberate and Calculated, and shown as a reckless disregard for the truth, It is clear from the record that the Defendants Machiavellian approach to truth has Colored their Judgment, thus making them unsuitable for federal Job at this time, the defendants, Jordan, Schnoll and Dalleo's Conduct Can be reasonably Construed as a Corruptly endeavoring to obstruct and Impede the due administration of Justice.

Subsequently, All four used excessive Force dragged the Plaintiff Awala, onto an electric Chair, having weaken my strengths, began to torment me saying " Come up or get up between 2 cells and the Elevator, before the parking lot, I was in Blaze, my Jaws were hurting, my right Eye, before the abuse was lock to Slight Sighting, Seven Times, Officer or Agent Andersen applied his heavy knees on my left Ear Pressing me down and using his strength, pressed end I Screamed — Dorcas, Dorcas, mum, mum, and One of the Spanish BOP Staff, said let go and then they view my mouth as I expressed Suffering and pain, untill foam came out of my mouth, then they departed and drag me out side and by bear handcuffs, I become more weak — Then the Lady Marshall Simultaneouly, opened the Van and Placed me Inside and slide the doors — the handcuffs grinded my Skin, cutting my skin, tied very Tight, I am a Victim, this will point to the Congress and State house

Then she drove the Van, I was hurt.
I layed low under seat and Cried and
Kuffed out Blood and shouting, what do
You Came down to arrest and Transfer me
for, they tore my Clothes, the bottons,
Normally, BOP Philadelphia, Changes each
Transferry Inmates clothes from Green to Orange,
out of the abuse I was transported with
the Green clothes. I never Changed clothes,
I want a Complete DNA, Testing of
the Clothes, because the Intruders were more
than 5 or Six Officers — I was weak, they
had a motive to Kill me. Now I want
Justice done unto them as how they
have done unto their Fellow Americans, they
are thugs and not Suitable for federal
employment ——— I want Video Recordings
of the abuse — It was not blind spot.
   Now, my Bodies is fataly Injured my
Ribs were pierced, is Swollen I am medic in

# I. FACTUAL BACKGROUND

While I do not generally Comment on Pending Criminal litigation 04901-KAJ, except to sender legal facts In the Case as Civil, Since the Criminal Context gave rise to the Civil action before the Court and against the defendants Hon. Kent A. Jordan and Beth Moskow Schnoll, Since I have developed a high blood Pressure and Complications as a result of the attack by the Federal employes under direct deligation, In the defendants Control, I feel Compelled in this Case to note how regrettable It is that this Court, United States District Court, For the District Of Delaware, is involved in a dispute of this nature. At times When the Philadelphia Inmates, is in the midst of the law library Were I partly oversees, expresses opinion, Informing me that out of all the Judges in Delaware District Court, Judge Jordan, For the most part is

10.

recognized is Prior cases Fortresses Pompous words and his appearances seems greater than his fellow Judges, his Judgment was made In favor of the Government, Likewise my case. I'm Innocent, and he did not permit MR. Awala to argue the Merits of his U.S. Citizenship claim, his Intentions was prejudice towards the Plaintiff, he failed to recognize a narrow exception to the Cause and Prejudice rule when a Constitutional Violation in part of the Government destroying all Ancient documents Congress also provided for a more stringent actual Innocence exception, a Court must take all well-Pleaded factual allegations In the Complaint as true, A lengthy Interval between the event of Birth and MR Awala's Identification should have been determined In light of the other Indicia of reliability. But regardless, the Court did not resolved the Baltimore Airport, dispute, the Government moved with erroneous Inter pretation of case Laws — MOTION IN LIMINE — the

To Terminate the use the Ghana Passport, the decision of the Judge is available to Support a proof of Miscarriage of Justice.

## II. Jurisdictional Defects:

The Plaintiff watched in the Memorandum Order, dated December 12, 2005, no doubt the abuse occured, the Judge Intentionally placed the case on Speedy Trial Act under Title 18 USC Section 3161 et seq. The Plaintiff had made factual challenges on a Direction pursuant to Interlocutory Appeal, before the Third Circuit Court, Appeal No. 05-2684,

In a letter dated, November 22, 2005, issued Scheduling Order, Pretrial Conference open Court, December 21, 2005 at 2:0pm, and Jury Trial to Commence on January 17, 2006. pursuant to a Speedy Trial 18 USC §3161(h)(8)(A).
I Plaintiff Awala was grieved in my spirit

12.

The Judge Jordan breaks into the appeal Subdue the Circut Justices different rulings on Awala's civil cases, used pompous words, took dominion. Notwithstanding, the notion that the appeal WAS withdrawn in part, the objection to the clerk was pending, the appeal was not decided by the Circuit Justices. The District Court's clerk was exceedingly dreadful I wished he knew the truth, he multiplied the Plaintiff's pain, when Motions were delivered in the court, he sent it back, to me this interpretation was oppressive conduct, and attempts to frustrate the fact-finding process In favor of the Plaintiff's Criminal Case, he acted differently from all other Federal court clerks he was incredible and unreliable, he often times misconstrue Motions to create confusion and waste of time. The face of the statistical misconduct and its pattern is argued by the Plaintiff that the District Court had exceeded its authority under the Criminal Justice Act, had violated the Constitutional Rights of the Plaint, there was

12

an affirmative link between the US Marshall Anderson's misconduct, the Court knew the risk, and the Court also knew or reasonably should have foreseen a civil cause of Action will arise and an Overt Act to show the In futherance act, unwarranted Interferance with the Plaintiff's Right to Vindicate basic appellate Rights, hindering the Plaintiffs Right of access to Courts, Conducted in a desire to punish and Individually retaliate against the Plaintiffs First Amendment and Due process Rights, because the Defendant's Conduct— Kent A Jordan, Beth Moschow Schnoll and Peter Dalleo were Individual action all sending distractions or Letters, in because their main Focus was to distrupt the Working Relationship between the Plaintiff, Mr Awala and the 3rd Circut usual briefing, It was noted that the appeal Court wrote

14