the Defendant Beth Moschow Schnoll, to file a motion objection concerning any matter against the Plaintiffs release, she failed the 10 days, mandate, after 30 days, the Plaintiff urged the 3rd Circuit Court to grant his motion for release from Custody. apparently the defendants Can Foresee a victory, in substantial part desired to punish the Plaintiff, not under thought or cause for great sea of Injury, the Interest of Justice, Can reasonably outweight a defendant's Interest, when it would adequately safeguard the Right of the defendant's Constitutional protected Rights under the 1st, 4th, 5th, 6th, 8th and 14th Amendment. The Plaintiff argues that the demonstrations and alleged short-Comings hindered his effort to pursue a legal claim, the defendants obstructs and impedes the meaningful access to the 3rd Circuit Court to support a retaliation claim or Action Adverse to

15

# III. ANALYSIS OF FACTS.

The Plaintiff submitts that the Defendants Kent A Jordan, Beth Moschow Schnoll and Peter Dalleo. Plaintiff asserts 5 Counts: They are as follows (1) 42 U.S.C. Section 1983, claims of violation of the First and Fourteenth Amendments, specifically the right of plaintiff to freedom of speech; and access to Court; (2) a Section 1983 claim of violation of the Fifth and Fourteenth Amendment, specifically Mr Auab's right not be deprived of his property or liberty interests without due process of Law (3); a Section 1983 claim of violation of the Fourteenth Amendment, specifically the right to equal protection; (4) a 42 U.S.C.

16.

Section 1985; (section 1985") claim of Conspiracy to violate the rights of Plaintiff as detailed in the 1st 4 Counts and in the entire Phase or face of the Complaint. (5) A violation of the doctrine of Separation of powers embodied in the US Constitution and in the Federal Comity-doctrine, the Plaintiff makes attack on the Jurisdiction of the Delaware District Court, a few weeks after the Plaintiff had prewarned the Court in light of <u>Hauk</u>, that time or delay occasioned on Interlocutory Appeals Lacks Jurisdiction of the Court or precludes the Court from speedy Trial Time Computation, therefore, excludes time untill Appeal is fully Terminated. By statute the Court was Barred prospectively from Continuance. In Contrary the District Court Ordered Continuance

17. Without the Consent of the

# 1. Eleventh Amendment

The Judicial power of the United States shall not be Construed to extend to any suit in law or equity, commenced or prosecuted against one of the U.S. by citizens of another states, or by Citizens or subject of any foreing state.

Applying these Principles to the Instant Case. With regards to Plaintiffs claims under Section 1983 and Section 1985 asserted in Counts 1 through 5, Plaintiff is seeking only Injunctive and declaratory relief and the Court may grant any other relief that is necessary and Just under the Circumstances, Plaintiff as disvowed that he was seeking any monetary damages other cost pursuant to 42 USC 1988, attorney's fees —— the defendants, have somehow waived their Eleventh Amendment Immunity because of their affirmative action and

The alleged retaliatory action performed through Its employees, Including the U.S. Marshals MR. Anderson in promoting the Judge's Policy or Order, It was against the efficiency of the Public or Interest of Justice, Plaintiff's is regarded as an Inmate, housed in Prison under Investigation, the Counsel appointed by the Court never Came to see me. Therefore, they have waived their Immunity Individually they chose to participate, in the abuse, the defendants are responsible Individualy in their official duties not based on some Supervisory theory, the pattern of the U.S. Marshalls misconduct was ordered by the Judge in Record he Indicated his pompous Potential Plan, they are all acting under the Color of Law. They humilated and Causes Physical Injury Used Force, broked my "Ribs", thank Jesus I Can still write, letters, Subject me Into Visual Strip (DR.BAPO), Suffering. Consequently Consented to Suit in Action.

## 2. EQUAL Protection:

Plaintiff has made sufficient allegations to demonstrate that his Complaint did not relate solely to the removal of his persons from Philadelphia to Delaware, Plaintiff also herein touched on the issues his U.S Nationality Claim.

The case cited by the Plaintiff in support of his argument was on point, pursuant to <u>Agosto Vs INS</u> (1978) "Substantial evidence" in support of alleged aliens U.S. Citizenship claim, the alleged alien having made a sufficient evidentiary showing to create "a genuine issue of material fact," where documentary evidence submitted by the INS, establishing the alleged aliens birth in a foreign country, would have been refuted by

20.

The testimony of his witnesses if that testimony were accepted by the trier of fact.

In this Instant Case: The Plaintiff has sufficiently alleged a reasonable connection between his case and the Supreme Court in Agosto, the Court had not had a chance to review his records, the Court and the Government had imposed a significant hardship on the Plaintiff, Mr Awala, Court refused to accept that the Florida state Court had open applications based on concern for records recollection or creation through the Child's delayed BIRTH Certificate Form 382.0195, the descriptions preserved all births not recorded shall be recorded, the Court should issued an official letter addressing that It was Important to Inference from the Public records, under Rule 803(9); Vital statistics, to determine Its accuracies as challenged. The Court can not reasonably distinguished the Agosto Court. Equal protection was Infringed.

### 3. Government Fatal Flaws.

The Government Beth Moskow Scholl abuse of power, begins to totally ruined her credibility and reliability by mastering false calculations without disclosing the Government Agent who screened the Plaintiff Into the Country, for the purpose of applying to enforce his U.S. Citizenship, who also was aware that the Plaintiff had 4 Giant luggages with him, who then is faithful and wise would effect to enter the U.S. After being deported, without any affirmative or reasonable cause guaranteed against adverse effect.

The Government cannot escape the Baltimore Airport scenario, Instead falsified caselaws. Materially undermining her credibility and evidenting a lack of suitability for a Federal employment, deception that is Inconsistent with the qualities needed to be an effective Federal Law-enforcement agent.

after the agents, Gonzales testified, and recognize the zeal for truth, after Veiwing the "routine exception" in his passion for the truth a stamped entry, with same name, when found in the Country same name, when employed same same. The Governments Beth failed to disclose to the heart of his suitability for federal prosecutoral role, since in the Case she failed to disclose, Involves her Conduct and performance in a law enforcement position. her having to Obfuscate the truth to achieve her ends, her acts of omission were deliberate and calculated and show a reckless disregard for the truth that warrants removal and debarment.

Notably, the trial Court's task a disdupe about a material fact that might affect the outcome of the Case to Issue- Fact finding, Instead gave more weight to

2 3.

to the testimony of law enforcement simply because they are law enforcement agents.

## IV. Relief Sought:

(1) As a result of the foregoing, the Plaintiff avers regardless of how the Hon. Kent A Jordan, was appointed to the position of a Federal Judge, and the exercise of all Judicial power under the Committee on the Judiciary House of representative, and Articles of the United States Constitution, with Regards to title 42 USC § 1983 and sections 1985. The Plaintiff concludes the removal of his power, would compensate in part, the physical injury, mental and embarrassment the Plaintiff had sustained. See Chander vs. Judicial Council of Tenth Cir (1966).

24.

(2.) With respect to Beth, she has poorly discharged her Federal Duties, for this reasons, the claimant/Plaintiff had demonstrated it was motived by a discriminatory purpose, regarding reentry under 8 U.S.C § 1326, has a discriminatory effect aspplied to a US citizen who lost his Citizenship Due to failure to be physically present in the U.S. and she cannot articulate any fact to outweight the Potential prejudice suffered by Mr. Awala, she has caused a fatal Injury in her Individual Participation and un suitable for a federal Prosecutions duty, whether she was employed by gubernatorial appointment or administratively, she should be disbarned.

(3) Peter Dalleo dictated the atrocities commited by the U.S Marshall

Playing puzzel caused a physical Injury his status as a clerk is without due process, unfortunet for Plaintiff, he would have to live in pain for the rest of his life, unfortunately for the defendants, Washington would receive a copy, Hon. Douglas H Fisher, Assemblyman, and Senate Judicial Committee Chairman, Arlen Specter R-Pa—

While the Plaintiff now confirms, he his seeking a monetary Relief $29 Billion, qualified Immunity or Absolute Immunity or Judical Immunty Cannot Prevail. Amer

Dated: 12/26/05    Gbeke m. Awa



Gbeke M. Awala
No. 82074-054
Salem Correctional Facility
125 Cemetery St.
New Jersey, Woodstown, 08098.

Legal mail.

Office of the Clerk, Hon. Kent Jordan.
United States District Court.
for the District of Delaware.
844 N. King Street.
Wilmington, De 19801