Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

CA 05-783
GMS

191064130



RETURN TO SENDER
FORWARDING ORDER EXPIRED
ADDRESSEE UNKNOWN
NO PACKAGE

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER



WILMINGTON DE
PM
21 DEC 2005

Neopost
Mailed From 19801
12/21/2005
US POSTAGE
$00.37¢

**Utility Events**
1:05-cv-00783-KAJ Awala v. Jordan et al



U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 12/21/2005 at 4:07 PM EST and filed on 12/21/2005
**Case Name:**      Awala v. Jordan et al
**Case Number:**    1:05-cv-783
**Filer:**
**Document Number:**

**Docket Text:**
Case reassigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:05-cv-783 Notice will be electronically mailed to:**

**1:05-cv-783 Notice will be delivered by other means to:**

Gbeke Awala
Reg# 82074-054
Federal Detention Center
700 Arch Street
Philadelphia, PA 19106

Gbeke Awala
Reg# 82074-054
Federal Detention Center
700 Arch Street
Philadelphia, PA 19106