IN THE UNITED STATES DISTRICT
COURT
FOR THE DISTRICT OF DELAWARE

FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Gbeke Michael Awala

Civil No: 1:05-CV-783

VS

Kent A Jordan et al.

## Supplemental Motion

The Opinion or Ruling by the Defendant In the Course of the Current Criminal Proceeding against the Plaintiff, is learned from the standing in this Case Constitute a Basis for Pastiality and DISPLAY A DEEP-SEATED FAVORITISM OR ANTAGONISM THAT WOULD MAKE FAIR JUDGMENT IN THE CRIMINAL CASE AGAINST MR AWALA PRACTICABLY IMPOSSIBLE.

On/or around December 27, 2005, the Plaintiff is a defendant before the Honorable Judge Jordan, the Judge denied on the basis of alone representation to appear Pro Se, the Plaintiff ensured that he had knowingly and voluntarily waived his right to Consel, the Plaintiff MR. Awala, requested the Permission to Continue alone the Judge denied.

Now, the Specific allegation on ground of Prejudice, Constantly warning the defendant of the dangers Inherent in self-representation is a threat towards the Integrity of the Plaintiff's ability to Perform a Sounding defense, the Defendant Kent A Jordan, Constantly makes

cc: Senate Impeachment Trial Committee. D.C.

Crucial Comment, which was not to maintain Control over the Judicial proceedings and to preserve Courtroom decorum. Mitchell (1994). Here, Judicial remarks during the Course of the trial are partiality and Repugnant to the Intent and purpose of Pro Se representation, thus, allowing MR. Samuel C. Stretton to force unwanting Opinion Containing Statement, Such as extrajudicial factors. For example. Perjury or Plea in open Court, On this basis alone, to Continue with Attorney Stretton even after Carefully and Adequately Considered in light of Totality of Circumstances and facts necessary to Correct the Counsels, even Your Honor Jordan request him to "Shut up" or close his mouth, until directed by me or the Court. The Plaintiff has followed the Proper Procedure to clear conduct during the Pretrial and another pertinent Part of the Proceedings, the Court by Jordan must disqualify MR Stretton from appearing as leading or Standby Counsel. In Support: Some of Stretton flaws, after the Pretrial Conference: <u>Structural Errors;</u>

(1) Without my Consent he petitioned the Court for Money, Ex Parte: Unsupported by any Justifiable basis, I dismissed or request to dismiss the Civil suit against Stretton, without my Notice he on December 29, 2005, filed and stated my appeal was frivolous in the 3rd Circuit. Carring out Speech In violation of my 1st Amend Right Access to Court, and he was appointed by this Court and Reaffirmed on December 27, 2005 by this Court the Defendant Jordan Stated " As far as I'm Concern Stretton is Your Standby Counsel in this Case, Forcing him on me, because I have no Right to enjoy my 6th Amend Right Solely? or

2.

I had acted distruptively which the Court Can not properly articulate any language greater than the Court in Malbeery vs. Pansylvenia. The Judge Jordan learned from his participaton in this Case that it would be difficult to Control him or direct him In Compliance with my stem of operton, as the leading Consel Pro Se, as a result the Judge must make a final determination about him and grent me my Pro Se Continuation in full and I merit it on the basis of what the Court learned about Mr. Stretton. he was Far more and highly distruptive and has not done anything of probatue value for me and 2 weeks to trial he Called up David Palma, from his participaton in Its case. before this Court that does not Constitute a basis for me to aprove his team he had made "Indicating a fixed view as to guilt" Furthermore, that's Plain Error affecting Sub. Rights.

The Bible Says in Luke 11:33 (No one, when he has lit a lamp, put it in a Secret Place or under a basket, but on a lampstend, that those who come in may see the light), this man, this matter and the pass of Justice is not agreed on, the outside Seams clean but the Inside is dirty.

The Court has load me with denied, denied, denied, denied. In most favrable to the Govemment:
   (1) Passport denied. or excluded for Trial.
   (2) Stipulation — Of Seizure, or Certificate of Probable Cause for Sizezure by Border Patrol. denied or equivocally what the Court would do — Good faith officer, Such Stipulation is essentaly to narrowly tailored to advance the governments Proof in Rebut against the Defendants Claims of having Permission to ren for the
                      3.

United State in search of Listeal Biological Fa

(11). The lamp of the body is the eye, therefore, when your eye is good your whole body also is full of light, But when your eye is bad, your body also is full of darkness. The Court must take heed that the light in me is in Conjunction with "Darkness", attorney Stretton, is not asking for the Prison doors to be opened for me — he must be disqualify he is the darkness in my Criminal Case, who knows what he would say to taint the Juries Impartial View of the Case. He his a lawyer without Control. Ineffective in his his Collegianity.

VERDICT The Court Ruling on Evidence in Awala. Opposing
— The Court has Called into Include has Evidence all the Plaintiff Priors Statement, Notwithstanding my claim of Rule 807 Residual Exception, against some order of the Court regarding the Alien file, the Statement/Testimony of my U.S. BIRTH event not of Predicate knowledge at Time of Green Card, Now Predicate because these Indicia of documents Submitted at Airport — Baptismal, and U.S. Civil members after Birth 8 days after Birth, If a Jury finds the defendant Awala by Preemption right in Claiming a Subject of the U.S.A. Intending the good faith to acquire his Citizenship Title, is it an entrapment or Predisposition or Inclination that evident a Criminal Activity Certainly YES.
— In Florida A white woman and Black man Could not leave in Same house see Dewey (964).

VERDICT — what Verdict Can Sustain the Government elements of the offense — Split Verdict or Repugnant Verdict False Verdict, Perverse Verdict — So Contrary to the evidence Justifying the granting of a New Trial — what about been forced to use one of my peremptory challenges on Juror who should have been removed.

4.

Auah vs Jorden:

of this opinion attempting to foreclosed U.S. Citizenship, Tom (R-Colo)'s opinion, it is true that there is no Pre-deprivation notice, so if the border patrol Agent knew constructively that his authorities are attempting every viable opportunity to limit Immigrant or Including U.S. Born Citizens, So where and why does not the court in Delaware reasonably foreseen my U.S. Birth Documents been either seized recklessly disregarded obliterated my baptismal and other document at age 2, 3 and 4, that's ant-i-Immigrant my grand father was an American Black from Missouri — chester Hurney, my Father A French Immigrant my Biological mother an American Black woman — So it can be reasonably concludes I was the set of the First victim under this new law or custom — to overturn U.S. Citizenship to Natural Born persons, because, there Parents were Immigrants and undocumented — all my father had a French Passport and he never had US Passport or Alien Card, So he was undocumented per se, because France is Europe and you do not need U.S.A Visa to legally enter the US. So I was a victim — I am American citizen by act of Congress and Constitutions of the United States/moses, although there were some INS form from France U.S Consulate. So they knew the New law was coming. Its A Conspiracy, Jordon knew he is a Judge, Beth knew she is the Government Peter Dalleo knew he is the clerk of the Court, and the INS knew so they let me in then, confistreate any proof to properly file my Nationality claim. I am Injured in fact.

(7).

Ayala v. Jordan.

# INJURY-IN-FACT

Hinderence under effect to limit U.S. Citizen to undocumented Alien parents mothers or fathers. Ayala's father. Federal Court Jurisprudence articulating standards for Standing pursuant to Article III of Federal Constitution do not necessarily define "Standing" Pursuant to State Constitution, but Supreme Court's jurisprudence on subject is Intrusive, as State Supreme Court's Standing Standards are analogous to those pronounced by United States Supreme Court. Toxic Waste Impact Group, Inc. v. Leavitt, (Okla) 1994, 890 P.2d 906.

### In the Instant Case

The Shortcomings by the defendants Jordan, Beth and Baker, was to withdraw my Complete Right and Privilege to articulate my State Standing (State of Florida), to petition for Delayed Birth Certificate, through the Impact by laws over from Jan 1, 2004 through Jan 1, 2006, to exclude persons Birth Records, history or U.S. Citizenship because their Parents or one parent is undocumented Alien. Mr Ayala have Standing to Sue because the defendants discriminatory use of Prosecutorial policy under 8 USC 1326, was to effect the now actual Policy by Congress (HR 4437), Anti-Immigrant Act, Therefore, I am a Victim, I am hindered from obtaining my delayed birth Certificate. So therefore, I cannot effect my U.S. Citizenship, based on the Individual Involvements by the defendant In this Case to hindered disrupt my factfinding process. To regain my Birth Rights.

(8).