My mother Dorcas C. Brown and father Moses T. Hime, father were both physically present here — So Because I Gbehe M. Awala, was Born in the State of Florida, in the United States and I am an American Citizen, and I'm Innocent of the Criminal charges brought by the defendants against me — actual innocent. Therefore, I'm prejudiced, I'm deprived of my life and liberty, I was oppressed by them, Transported in pain and shackles and suffering Tortured and Kidnapped by the defendants Kent A. Jordan, Beth Moschow Schnoll and Petter Dalleo, now facing Criminal Trial conducted by this defendant acting under the Color of law. federal law. hoping to Convict me over A Trial Scheduled for Jan, 17, 2006. In the United States District Court for the District of Delaware. Wilmington, presiding Kent A. Jordan, et al.

## INJURY SUSTAINED

I have Suffered Injury In facts, plaintiff Awala, States, that is Concrete in both qualitative and Temporal Sense, and my Injury is distinct to myself and palpable, as opposed to more abstract. I have been physically abused, Sexually abused, Tortured under the delegate and authority of the defendant's official and individual duties, I have actual Harm and Imminent. Injury and danger, not Conjectural or hypothetical and the Whole Complaint filed by me Can allow any reasonable fact-finder who is about the truth and Justice.

(9.)

to draw Inferences and discern Causation of not my fault, and my due diligent to embrace redressability by all efforts Submitted by me MR. Awala, and my Injury is in Spirit of Truth not error, and can be Traceable or Traced to challenged action taken by the Defendants In Its entirety and I hope this Civil Action Awala vs Jordan, would 05-cv-783, would be redressed by favorable decision. My Injury is Visible and unequivocal everyone who has met me in Prison know my Injury my pain my case and Sympathized with me.

Other Case laws: Art. III § 2, cl. 1. Notes 398 Constitution.

In order to have Constitutional Standing, Plaintiff must show that he is Subject to actual or threatened Injury, that Injury is fairly traceable to challenged Conduct of defendant and that Injury is likely to be redressed by favorable ruling, and must show that Prudential Considerations do not weigh against Consideration of the Claim. Cuban American Bar Ass'n Inc. v. Christopher (Fla) 1995, 43 F.3d 1412.

In this Case I have provided Inferences and claims that the Trier of fact can reasonable draw conclusion in light most favorable to the Plaintiff Awala, and Construe Complaint liberally. Haines v. Kerner, 404 U.S. 519 (1972) U.S. v. Day, 969 F.2d 39, 42 (3d Cir. 1992).

Wherefore, I Pray the Court in Sua Sponte Action grant me my relief In addition, to Stipulate the New Homeland Security laws to remove U.S. Citizenship from persons born by undocumented Aliens. And the effect to Implement that law is now A Pain to the Plaintiff Gbeke Awala. In the name of God.

(10)

Respectfully Submitted
Gbeke M. Awala
SCCF, 125 Cemetery Road
Woodstown NJ 08098

Dated: 1/2/05.

cc: Human Rights, etc.
Senate Impeachment Trial Committee.

Awala vs ...

I must call as witness or proof facts the following
- News papers to be used by defese — Under Rule 902(5).?
- General Objection — Racial disparity on Jury wheel, the court flaws are Includes:
  - Stipulation of Airport Sizeves./Permission to enter US
  - Jenks product — Interview with Airport staff. 18 USC §3500
  - beyond a reasonable doubt: as to guilty?
  - records intertwined by Homeland security./Vital statistics.
  - my Grand Jury unrecorded — U.S. v. Bergdoll (D. Del. 1976)
  - Streeton fails to bring all my Property to Salem County.
  - Voir Dire showing affairs with aliens and Consent by Embassies.

## STATEMENT OF DAMAGES AND INJURY memorandum of Law.

Art. III §2. cl.1

Impeachment Proceedings: Former district Court Judge Could not seek Judicial review of his claim that his Impeachment violated Constitutional requirement that he be tried by full Senate; testimony was received only by Committee of twelve Senators with full Senate Voting to convict Judge even though 88 Senators had not heard evidence against him. Hastings v. U.S. D.D.C. 1993. 837 F.Supp. 3.

Court would decline to become Involved in monitoring Senate's Constitutionally assigned proceedings. Hastings v. U.S. Senate, Impeachment Trial Committee, D.D.C. 1989, 716 F.Supp. 38, affirmed 887 F.2d 332, 281 U.S. App. D.C. 104.

Aliens and nationality
United States Citizens' challenge to Constitutionality of Statute barring approval of Visa Petition on

(5.)

behalf of alien husband, who had previously been accorded or sought to be accorded immediate relative status through marriage determined by Attorney General to have been fraudulent, was ripe for judicial review though wife's visa petition for husband was pending before INS — where the wife challenges statute as facially unconstitutional, not just as applied. Delay in adjudicating wife's constitutional claims would disrupt her family life. Barrio v. Reno. E.D. Pa. 1995, 899 f. Supp. 1375.

In this Instant Case: The delay has rendered the Plaintiff hinderance from entering his U.S. Citizenship claim, and the Court knew the relevant conduct of the Homeland Security and precedent of challenges against irrational treatment such as discriminatory policy been shielded over MR Awala to prosecute him in his own land. Alien and Citizen seeking entry into U.S.A are not owed same process. See Hernandez vs. Cremer (1990) Tex 913 f.2d 230.

ANTI-IMMIGRANT ACT BRINGS FEAR TO MILLIONS. News by Today's Sunbeam, Salem County Jan 1, 2006. Admissible under Fed. R. E Rule 902(5). The House of Representative has passed the Border Protection, Antiterrorism, and Illegal Immigration Control Act of 2005 (H.R. 4437) under the stewardship of lawmakers such as Reps. Jim Sensenbrenner (R-Wis), Perter King (R-N.Y) and David Dreier (R-Ca). The report shows the house brought the worse nightmare — In a statement by Tom Tancredo (R-Colo). "He said he wants to end citizenship for the U.S. born children of undocumented immigrant parents.

In this Instant Case: Awala is a victim here in light