IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gbeke M. Awala.
  Plaintiff     Civil No. 05-783-GMS.
  v.

Beth Moskow-Schnoll etal
  Defendants

FILED
JAN 1 1 2006
U.S. DISTRICT

Plaintiff's MOTION IN FORMA PAUPERIS
TO STATE A CLAIM IN IMMINENT
DANGER WARRANTING EXCEPTION
TO THE THREE STRIKES
BAR.

Now Comes the Plaintiff moves the honorable Court for an Order for reConsideration, to allow the civil case to proceed without limitation as a result of "the Three Strike" federal Provisions. Under 28 U.S.C Sec. 1915(g)

In Support thereof, the plaintiff states as follows.

Allegations of a Subjective chill of first Amendment rights are not an adequate Substitute for a claim of Specific present Objective harm or threat of Specific future harm, but Plaintiff can obtain Standing with Sufficient demonstration of the chilling effect in the Complaint. United Bros. of Bay Area, Inc. v. freedman M.D. fla. 1990,

In order to challenge official Conduct one must show that one has Sustained or is Immediately in danger of Sustaining Some direct Injury in fact as result of Conduct. <u>Branton v. F.CC.</u> (1993) f.2d 906, 301 U.S. App. D.C. 244

<u>Attorneys</u>: Independent Counsel appointed pursuant to Ethics in Government Act was "Inferior" Officer, such that Counsel's appointment by Special Division does not violate appointments Clause of federal Constitution, in that Counsel was removable by higher Executive Branch official. <u>Morrison v. Olson</u>, U.S. Dist Col. 1988, 108 S. Ct. 2597, 487 U.S. 654, 101 L.Ed.2d 569.

Ethics in Government Act, which permitted Impartial Court of law to Select, at application of Attorney General, Individual to Investigate and potentially Prosecute Criminal activity within Executive Branch was not in Violation of appointment Clause. <u>In re Sealed Case</u> D.D.C. 1987 665 F. Supp. 56.

See also. <u>Matter of Charge of Judicial Misconduct or Disability</u> (Jud.C) 1994, 39 F.3d 374, 309 U.S. App. D.C. 97.

Wherefore, the Power to Punish the Defendant is Inherent in <u>Article III Judges</u> to allow removal from office based on the Plaintiff's 1st Amend, 4th, 5th, 6th and 14th Amend violations. In Complete.

2. <u>RELIEF SOUGHT</u>

To Correct the Record — equitable Relief or Injunction — no Monetary relief $29 Billion was a Mistake and because of my Pain. Respectfully Submitted

Dated 1/9/06   2-2   Gbeke M. Ayala
SCCf, 128 Conner

Gbeke M. Awala
SCCF
125 Cemetary Road
Woodstown, NJ 08098

U.S.M.S.
X-RAY

Hon. Kent A. Jordan
United States District Judge
United States District Court
For The District of Delaware
844 N. King St Lockbox 10

$00.87⁰  JAN 10 2006
MAILED FROM ZIP CODE 08079