# The Wordless Book

Dr. Baedeker, who lived for many years in England, obtained permission from the government of Russia to visit all prisons and penitentiaries in the whole Russian empire. His purpose was to give Bibles and Testaments to each of the prisoners and witness to them of the love of Jesus Christ.

An interesting incident has been told of his visit to one particular Siberian penitentiary. Dr. Baedeker, escorted by a prison guard, spoke with every prisoner in the main cell block. He told them about their need of the Saviour and presented to them the way of salvation through Jesus Christ. After speaking with each prisoner he would leave them a Bible to read. As they finished the rounds and Dr. Baedeker prepared to leave, the guard said, "There is one prisoner you have not seen."

"Where is he?" the Doctor asked.

"He is a murderer, a very dangerous man, and is thus in solitary confinement."

"Take me to his cell, please."

The guard called the wardens to join them. Then, preceded by guards and the wardens, the Doctor descended the stone steps into a dark basement. It was here in the gloomy dungeon the object of his search was discovered. Dr. Baedeker offered the man a New Testament but pitifully he said, "I cannot read, thank you."

"Well, then, I have the very thing for you. You will be able to read this and it clearly teaches the important truth that you should know." Reaching into his pocket, the Doctor produced a little "Wordless Book," with its pages of black, red, white and gold, and gave it to the prisoner.

The convict eagerly opened it, looked at the pages, and after gazing at the book for some time said, "What is this? I do not understand."

The Doctor replied: "The Black is for sin, your sin and mine; sin against God and man, sin in the heart and in the life—black as night, black as death—black with coming judgment. Scripture says, 'All we like sheep have gone astray; we have turned every one to his own way' (Isaiah 53:6)."

Reader friend, you may not be a murderer. You may not even be a prisoner. But be assured from God's word that "ALL have sinned, and come short of the glory of God" (Romans 3:23). "The wages of sin is death" (Romans 6:23), followed by God's eternal judgment upon the sinner (Hebrews 9:27), unless he has been cleansed by the blood of Christ (1 John 1:7). Trust Christ now as Saviour for "Whosoever believeth in Him shall receive remission of sins" (Acts 10:43).

—J.W.H. Nichols



*Gospel Series No. 123*   *For more information, please contact:*

**MOMENTS WITH THE BOOK**
PO Box 322 • Bedford, PA 15522
(814) 623-8737 • www.mwtb.org

---

God stands for glory. Heaven awaits those who trust in Christ as their personal Saviour.

Trembling, the man took the little book. Turning its pages, his eyes thoughtfully scanned each leaf. After some time had elapsed, the Doctor asked kindly, "You are able to read the little book, are you not?"

"Yes, I can read it, thank God!" he replied, and as he looked into the face of the Doctor, big, unfamiliar tears fell upon his chained hands. "Thank you, sir, a thousand fold, for bringing such a message to an unworthy wretch like me."

7

---

"The White page represents the perfect salvation of the soul through the Lord Jesus Christ. His abundant pardon of every sin, to those who repent and come to God through Him, the complete righteousness that is accounted to the sinner through faith. He is then made 'white as snow'" (see Isaiah 1:18).

6