IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE.

Gbeke M. Awala
Plaintiff,

vs.

Kent A. Jordan,
Beth Moskow-Schnoll et al.
Defendants.


FILED
JAN 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CIVIL No. 05-783-GMS

42 U.S.C §1983 etc.
28 U.S.C §144.

## INTERLOCUTORY APPEAL NOTICE.

## Supplemental Complaint Estoppel in Pais

Now Comes, the Plaintiff, Gbeke M. Awala, appearing in Estoppel in the particular Issue as it is actually necessary in the suit to be finally decided by a Competent Court with Jurisdiction, the Plaintiff has been precluded Totally from asserting a right to is U.S. Birthright, that any reasonable son Praiseworthy of Mediation and Adjudication

and Impartial prosecutorial Discretion or Policy as delegated by the Attorney General and Judicial Committee, thereon the defendants Surpasses all understanding in the matters of Law, according to the United States Constitution, Statutes and Regulations, therefore, erred by arranging their affairs of the Court business distinct and estranged from the perpetual standard, Causing the Plaintiff to Suffer without any reasonable Cause, In addition Obviously the Judge, the prosecutor and the defendant herein Plaintiff are friends and this has had an enormous negative Impact over the Plaintiff's Plight to regain his U.S. Citizenship. Therefore, the defendant's Conduct is arbitrary and Capricious, unreasonable and unsuitable or unethical, not Conforming to Standards of professional Conduct, It is ethical to be legitimate as a Lawyer, Assistant U.S. Attorney and an Honorable Judge. Nevertheless, the defendants knew that the Criminal action brought against the

Plaintiff: U.S.A. vs. Awala No. 04-901-KAJ, was Evil, bad, malicious or Evil-minded. Therefore deprived the Plaintiff his Liberty rights and personal properties, by placing him Incarcerated with no access to funds and his Ancient and family Documents submitted with every legal Forms Issued under the USCIS, and Department of Homeland Security - Inspection Deputies at the Border, Baltimore Airport on Jan 1, 2004.

But the Plaintiff Trusted the gentleness known, understanding the guards Concern and haven demonstrate a reasonable grounds to Corroborated the Testimony the plaintiff received from Africa, Consenting to the plaintiff's permission to reenter under a Waiver and Form N-400, Learned to be Full and Constructively bound to the Account of Attorney Generals's Full Consent, therefore, the Plaintiff Sought an amicable recovery of the alleged documents. See Awala vs. Homeland Security, (05-097-KAJ) without at some point asking for money, the Plaintiff long for the recovery under needy mind, the duty of the Border guards was part of the programs delegated by the Attorney General, but through Selfish ambition or Conceit I Cannot tell, only God and Jesus Christ Can Tell to the degree

( 2 )

of punishment the Plaintiff had Subdued to himself. Therefore, I become more Bible Believing as Jesus Indicated: in Luke 11:46 ( And he Said, "Woe to you also, Lawyers! for you load men with Burdens hard to bear, and you yourselves do not touch the burdens with one of your fingers."). In the meantime, the defendants Kent A. Jordan and Beth Moscow-Scholl, failed to research or Inspect or Search and observe what the Plaintiff alleged to have been particularly Taken, that can prove his Innocence on the question of the prosecutor (Beth Moscow Scholl) been, devious, not evenhanded, duplicitous evading any answers by the Border patrol Agents. Instead promote that the alleged Border guard lacks legal Authority to have expressly Consented the Plaintiff's reentry Into the United States of America, Creating burden on the Plaintiff, Contrary to the opposed statutes or Scope of principles and Case Laws or Regulation that Supports the Plaintiff's Contention that any Border guard, I say any Immigration Officer is full of power to pass Justice issue an order or grant permission In matters of Immigration as delegated by the Attorney General, Including Consent

to reenter the United States, after considering evidence and stated that the Plaintiff Mr. Gbeke m. Awala was Lucky to have found in the Shoe box those precious documents and child or baby pictures and minor Age records of Hospital Chemotherapy Treatments all in the United states of America, from 1971-1976 (in part of Mr. Awala); And the Court's review of all these was there is no genuine issue as to material fact so that the Plaintiff can be entitled to Relief. Therefore, denied Nationality claims harshly and Irrationally. Therefore, gave rise to the Plaintiff's claim under <u>Estoppel in Pais</u>. For Relief deems fit.

I. <u>MEMORANDUM OF LAW AND STATEMENT OF CLAIM AND LEGAL ARGUMENT.</u>

Under 42 U.S.C. Sec. 1983: Accordingly, there can be no cause of action under Section 1983 absent violation of a right secured by the Constitution or the laws of the United States.

So, the Plaintiff submitts that the defendants are acting under Color of Official authority. West v. Atkins, 487 U.S. 42, 48, 108. S.Ct 2250, 101 L.Ed 2d 40 (1988). Here, the Plaintiff

(5)

has shown on records and established an unconstitutional Conducts and the defendants acted under Color of Law and through the aiding and abetting characteristics of the District Court, Conveyed to Beth Moschow Schnoll, and Some Imminent prohibition issued in action on the part of the Criminal action at the detriment of MR. Gbeke M. Awala herein the Plaintiff. Thereby Transformed the actions of the defendants Into the actions of the State or federal actors. Biener v. Calio, 361 F.3d 206, 216 (3d Cir. 2004) (explaining that the Fourteenth Amendment protects Individuals only against government action, and Implicating Due process). See also Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 389 (1971) (a deprivation of the right secured by the Constitution and laws of the United States; and (2) that the deprivation of the right was Caused by an official acting under Color of federal Law. Flagg Brothers, Inc v. Brooks, 436 U.S. 149, 155-56 (1978)).

## II. DISTRICT COURT PROCEEDINGS.

Thereafter, MR. Gbeke M. Awala, In the Instant Complaint in the United States District Court for

the District of Delaware, Subject to Title 8 U.S.C. Section 1326 (a)(b)(2) and INA 276(b)(2) (Reentry of Removed Alien). Notwithstanding, the Contentions raised by the Plaintiff that he is an American Citizen, and therefore Cannot not be held liable to answer on the grounds of the above statute and that he reentered the United States Lawfully under the express Consent and legal authority of the Baltimore Deputy patrol Agent after a non-free refrain from Inspection and that the Plaintiffs passport is evidence of his legal reentry at Baltimore Airport, with an attested or Afix "stamp" admitted "ARC" Arrival Registered Citizen, Including Array of Documents purporting to be Actively employed In the Creation and administration of the Plaintiffs U.S. Citizenship Record by Birth Under the Same name and date of Birth, Including Form FD-258 Fingerprinted at the Airport Including Waiver In Conformity with the Agents remarks to how, when the application shall be established and waiting period, then took all originals.

In the Criminal proceedings, the Court knew However, grossly or Wilfully neglected the gratuitous narration of the Defendant/Plaintiffs Awala's Testimonies, at Trial 1/18/ and Intentionally failed to perform any honest manifest duty, that Could have Compel a Judicial power or an order to produce such a personal Physical Records. Including a Total Receipt by the Border guard some foreign money orders valued $1,500.00 in U.S. currencies drawn in a money orders for premium processing and a

7

set of A.T.A.T., Brooklyn Dodgers Ticket, named after Jackie Robinson, that could worth an Income Value. The defendants in their Official Capacities, as alleged herein that the procedures employed by Hon. Kent. A. Jordan. and Beth Moskow Schnoll, as against the Plaintiff was violative of any reasonable procedural and Substantive due process as their official duty as the Court of Justice. Instead, the Court dismissed the Plaintiff's Complaint the Service, as 'not Cognizable against the Department of Homeland Security. See Order dated, December 15, 2005 (Awala vs DRBAPD 05-097-KAJ). MEMORANDUM ORDER.

Therefore, the AUSA-Beth Moskow Schnoll, began to weave Case laws and thread the figurative Languages of the Court's holding and Views and the Court Judge Jordan Cooperated with her expeditious Creating a high Infectious Injury, clear to the understanding of even the Plaintiffs fellow inmates, within the Jailhouse premises, Noticeably that the Government is using existence of Case laws, alter the words or Figurative meaning and Rewrite them and Submitted in the Court records, what one specific Inmate Called "Cooking Crack" in Law. Those facts about the Consent delegated to the Border guard as learned in U. S. v. Martus. 138

(8)

F.3d 95 (2d. Cir. 1998). (holding. Even if there was Implicit or Constructive delegation from attorney General to border guard of authority to grant required express Consent of Attorney General to reapply for admission to United States after deportation, Such Consent Could not be found when defendant reentered United States without informing Immigration officials. Of his prior deportation).

In Awala i.d. 04901-KAJ. (Beth Moskow-Schnoll AUSA-Delaware, quoting (U.S. v. Marcus, 138 F.3d 95, 97 (2d. Cir. 1998). ("There is no statute or regulation or expressly authorizes a border guard to grant the required express Consent of the Attorney General). In Contrary, the Court in Marcus, recognizes that the attorney General had Implicitly or Constructively delegated authority to grant express Consent of Attorney General to reapply for admission to the United States after deportation, only if the accused failed to advise the Border guard about is prior conviction. That's it. Consequently, its a shame in our Justice system when Congress and our Court establish Case Laws, perticulary in New York and Sons Federal Court in Delaware and its U.S. Attorney's would assume that the 3rd CirCuit eminence is required, I mean the defendants Can tell that to Lay Pro Se, not Mr. Awala, those Cases dispels a full faith and Credit or respect, to be used or actively employed as it was told not as the Government wants it to be Interpreted. The Hon. Judge Jordan's Condescending disposition must be authentic or real not sham, and should be

(9)

adjudicated on the Case Substance, Instead of aiding a malicious prosecution or problematic theories.

And the same AUSA Beth warranted It be charged to the Jury, misleading my American people, Tax payers money, Its a shame, shame, shame.

Under Title 8 of the Code of federal regulations reorganized in 2003 to reflect the transfer of functions of the Immigration and Nationality Service, to the Department of Homeland Security. 8 C.F.R. part 3 redesigned 8 C.F.R. part 1003.

Violation of Regulation; illegal Entry, Attempted entry, or presence in the United States.

In prosecution for being an alien found in the United States after deportation following an aggravated felony conviction, evidence was insufficient to conclude beyond a reasonable doubt that alien was "found" in the United States; one witness testified that he came into contact with alien at the port of entry after a different official had arrested him, and the other official admitted that he did not recall arresting alien, but testified that it was his general practice to watch a suspected illegal alien attempt to sneak across the border and then to approach the Individual, necessarily Implying that he closely monitored these suspects at all times, thus constituting official restraint, so that alien did not enter the United States free from official restraint. U.S. v. Ruiz-Lopez, 234 F.3d. 445 (9th Cir. 2000). Wherefore: In this Case this Court should decide if Ayala who had a Stamped entry permit is guilty the above is tendered Insufficient

The plaintiff argued that his Complaint is disputable and well pleaded allegation, alleging, 1st, 5th, Sixth, 7th, 10th, 11th and 14th Amend. U.S. Constitution. See also. Miree v. Dekalb County. 433 U.S. 25, 27. n.2, 97. S. Ct. 2490, 2492-93 n.2, 53 L. Ed. 2d 577 (1977)(well pleaded allegations of the Complaint).

Attorney General was authorized by Congress to Cross-designate Border Patrol with any of his functions and to any employee of the Department of Justice by general delegation Statute, and by Reorganization Plan No. 2 of 1973. U.S. v. Perkins, 177 F. Supp. 2d 570 (W.D. Tex. 2001). Powers and duties of attorney general 8. U.S.C.A § 1103.

If the Case in chief was not reckless or frivolous, much less an example of malicious prosecution or Bad faith. See. Yes It's malicious;
REGULATIONS: 8 C.F.R. part 320, added in 2001, amends the INS regulations by adding a new part which addresses application procedures for foreign-born-children. and 8 C.F.R. Sec. 316.4 (a)(3) redesigned as 8. C.F.R 316 (4)(a)(3). 8 CFR 316.4(6) provides that each applicant who files form N-400, Application for Naturalization (U.S. Birth also), will be fingerprinted on form FD-258 Applicant Card as described in Sec. 103.2(e) of this Chapter.

Action of <u>Secretary of State</u>, in filling passport application without approval or denial, stamping it as abandoned, and noting that applicant's failure to produce needed documentation could have been due to changes in travel, did not constitute final administrative denial of applicants right to be recognized as U.S. Citizen. <u>Rivera v. Albright</u>, N.D.Ill 1999, 76 F.Supp.2d 862.

So I can infer that U.S. Consulate can do all those functions the Beth et al claimed they cannot do. Liar liar (Jim Carrey)

Finally, Under <u>8 C.F.R. § 287.5(a)(2)</u> as amended in 2003, authorized Immigration officer: <u>Border Patrol agent</u>, Immigration enforcement agent, legalization adjudicator, finger print specialist, forensic document analyst to take and consider evidence concerning the privileges of any person to enter, <u>reenter</u>, pass through, or reside in the United States; or concerning any matter which is material or relevant to the enforcement of the Act. Therefore, Beth your proposed Supplemental Jury Instructions Sham.

<u>Effect of INS misconduct</u>: I presented as pertaining to my documents, pattern of lies, or a pattern of false statement or promises. See <u>Pimentel-Aguirre v. INS</u>, 7 Fed.Appx. 783 (9th Cir. 2001).

I am American, Beth, your Alien file is not decisive for Trial- See <u>U.S. v. Marin-Cuevas</u>, 147 F.3d 889 (9th Cir. 1998). Why do you think I refuse to sign Agent Gonzales' reinstatement order at Wilmington Court. "Think well"

Choko Aneke

A Judge Can't have any agenda,
a Judge Can't have any Preferred

outcome in any particular case.

Mail

A Judge Certainly doesn't have a client

— A Judge Can be questioned
— against unusual agressiveness
— Personal Credibility and

OJ Taylor
Bill of R̄

Mere = Jud Commiserate
In matter of
Judg Samuel Alito
Jan 2, 2006

cc: Sen. Frank Lautenberg
    Washington Office
    Rep. Frank A. LoBiondo

1/21/06

SALEM COUNTY CORRECTIONAL FACILITY
Department of Social Rehabilitation
Inmate Request Form
(Please Be Sure To Complete This Form Neatly And Include All Necessary Information)
(Incomplete And/Or Illegible Forms Will Be Discarded Without Reply)

NAME: _____  DATE: _____
        (Last)        (First)        (Middle)

DATE OF BIRTH: _____  DATE OF ADMISSION: _____  HOUSING UNIT: _____

Check the appropriate service requested below. Be sure to explain your request including as much detail as possible.

**RELEASE PROGRAMS:**
County Inmates
☐ Work Release (Have own Job)   ☐ County Work (Inmate Work Detail)   ☐ In House Work Detail
    (County Inmates)          (County Inmates)         (County Inmates)

**REQUEST ADDRESS FOR:**
☐ Detective:   ☐ Veteran Services   ☐ Probation
Name: _____   Name: _____   Name: _____

☐ Prosecutor's Office   ☐ Other   ☒ Public Defender
Name: _____   Name: _____   Name: _____

**REQUEST TO HAVE CONTACTED:**
☐ Social Rehabilitation Counselor   ☐ S.C.C.F. Investigator   ☐ Lawyer
                    * (List Details Below)        Name: _____

**REQUEST FOLLOWING DATES:**
☐ Court Dates for:   ☐ Municipal   ☐ Superior   ☐ Family   ☐ Other _____
☐ Release Dates:   ☐ Charges   ☐ Detainers

**COUNTY INMATES:**
Parole Dates for:   ☐ Hearing   ☐ Panel   ☐ Eligible date of Release   ☐ Other _____

**REQUEST ASSISTANCE REGARDING:**
☐ Notarization   ☐ Money Orders   ☐ Western Union (Need full name, address and telephone number of person sending money and amount.)
☐ Bail   ☐ Money Transfer Slip For Copies

**PROGRAMS**
IN HOUSE:   ☐ Alcoholics Anonymous (A.A.)   ☐ Substance Abuse Counseling   ☐ Motivational Counseling
OTHER:   ☐ ISP (Intensive Supervision Program) *State Inmates Only   ☐ P.T.I. (Pre-Trial Intervention)   ☐ L.V.A.

Description Of Request: _____
_____
_____

Signature of Inmate: _____   Date: _____

*Do Not Write Below This Line – Office Use Only – If More Space In Needed, Continue On Back Of This Form*

Social Rehabilitation Office Reply Comments:
_____
_____
_____
_____

Officer's Signature: _____   Date: _____

Revised: 5/11/05 rcs