IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE M. AWALA, | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Civil No. 05-783-GMS |
| | ) |
| Hon Kent A. Jordan et al | ) |
|    Defendants. | ) |
| | ) |

MOTION TO **DISMISS ACTION** ALLEGING CONSTITUTIONAL VIOLATION

NOW COMES, the plaintiff, respectfully moves, the Honorable court to end, close, dismiss the above civil action pursuant to Fed.R. Civ.P. Rule 41(a)(1) <u>at any time before answer or summary judgment, by plaintiff</u>, therefore, it is fitting to say it is worthless to disregard the noble, accordingly, I will do okay, I will do fine, I desire to justify my conttentions, alleging why the defendants were contending with me, similarly, in other to have them turn from their instruction and conceal their pride, and keep from delivering the plaintiff into pit, therefore, stop the punishment, because I am innocent and was born in the United States of America, harden to disbelieve, therefore, after comprehending the Title <u>5 U.S.C. Section 5332</u>, Schedule 7(Judicial): I come to find out that the Defendant and Honorable <u>Kent A. Jordan</u>, is merely four steps away from the U.S. Chief Justice, Associate Justices of the Supreme Court and Circuit judges, therefore, I reasonably concluded I must stop and seal the

complaint. Therefore, the other defendants Ms. Beth Moschow Schnoll, and Peter Deallo clerk of the United States District Court for the District of Delaware, after personally reviewing the complaint in light most favorable to me, the district court"s Summary Judgment could have been plenary to the issues as material fact. See Anderson V. Consol, Rail Corp., 297 F.3d 242, 246 (3d Cir. 2002).

As the plaintiff I have the burden of establishing liability under Section 1983 by a preponderance of the evidence. Section 1983.

The plaintiff must establish that the defendant also act under color of official authoritity. West v. Atkins, 487 U.S. 42, 48, 108 S.Ct. 2250, 101 LEd2d 40 (1988). See also Reichley v. Pennsyvania 427 F.3d 236 (3rd Cir. 2005)(Due process does not require pre-deprivation notice and hearing where there is an adequate scheme to compensate the deprivation)., and considering the government interest Mathews v. Eldridge, 424 U.S. 319(1976). Nothwithstanding, the defendant can assert a Sovereign Immunity and absolute Immunity, although I can tremble apart the alleged Immunity, showing a waiver and a consent to the suit, but for the glory of God---and the spirit of forgiveness, I respectfully move to step-down and dissolve....I want the defendant to promise me upon my discharged from the unconstitutional taking of my citizenship....I have an option to enrol in the Military..I am attaining a 36 years old, but for the case that stand against me, and my proof of qualification. Finally congress may make rules as to aliens that would be unacceptable if applied to citizens. Demore v. Hyung Joon Kim, 155 LEd 2d 724(US 2003). therefore, I sought a declaration that a finding of fact that I was born in the United States. Miller v. Albright, 140 LEd. 2d 575(US. 1998).

Your honor, I cannot hide my children days and the remainder

2.

of my youth days in the United States, I believe Im gonna make my point and make it to the other side, I have chosen the proper time and with Jesus on my side, I remember a picture of me and my mother outside in the chicago Robert taylor homes, on the street, and the U.S. A Flag, was hanging accross the street, a 1976, photograph with a bright smile, the originals in custody of Baltimore wolves, and could not be trusted, therefore, the prospective defendant here have the power to rivive the plaintiff. I am in distress.

GRAPHIC IDENTIFICATION: Rule 801.14 (Rule 801(d)(1)(C), also in United States v. Cunningham, 423 F.2d 1269 (4th Cir. 1970), (admission of testimony concerning photographic identification is not impermissible suggesting, although seven of 14 photographs were of appellants, and the only color photographs were of appellants, and the only color photographs were of appellant and a codefendant).

CONCLUSION: The court may grant attorneys fees pursuant to Title 42 U.S.C. Sec. 1988 if permited, however, Im persuaded in spirit and in truth to end this case...So Sought by me without prejudice.

Dated. 2/1/06

Respectfully submitted.

cc: U.S. Senate Judiciary
    Chairman, Arlen Specter

   Hon. Kent A. Jordan
   District of Delaware

   Beth Moschow Schnoll
   AUSA-Delaware

   Mr. P. Deallo Clerk.

Gbeke M. Awala Pro Se
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19801

Honorable Kent A. Jordan
I cry out to you, but you do not answer me. By great Force my garment is disfigured. I stand up and you regard me not. With the strength of your hand, you overruled me. Moreover the lord answered Awala, and said shall the one who contends with an American depart and do not return to strengthen him. Then I will also confess to you that you are golden splendor who shows no partiality to any who are perfect in knowledge. Hear attentively the voice of my supplication, hear my prayer O Judge Jordan, by your guidance we have the way though a dwelling light, By the south Awala, Brown, was Born when it was Bright in the skies, by the east wind he was scattered over the EArth into African territory. Therefore he's upraised arm is broken, your Honor you are excellent in power, in Judgement and abundant in Justice, because, Ebeke, Michael, was born here set open the bars and the doors for him. Answer him, loosen his tackle... In sprit And intruth Amen



Lavelle Walke
No. 58583-066
FDC Philadelphia, PA
P.O. BOX 562
Philadelphia, PA 19105

January 30, 06

Hon. Kent A Jordan
U.S. District Judge
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 191801

Dear Judge Jordan,

    I want to address my support and concern as a fellow inmate unbehalf of Mr. Awala, Gbeke,  If your Honor can lighten the load on him, I am aware, if his contentions that the INS had carriedaway his Florida birth documents, because he cries daily about it, I can see he is distressed and suffered some injury and often complain about his eye sight, he his a young man a christian, and obedient, I am a 51 year old man, and I havent seen a Son like him, he would be fruitful,, please your honor release him, he often do not sleep, it would be un-just to sentence him for years against the ruins of his Documents,he is totally blinded on his right eye, he was attacked by the Marshalls, and I know your honor can rule on his case so that he can go and search carefully for his Mother according to the time which he stated he last saw them, which he determined was around 1977 in New York, after his father was murdered.

Thanking you Sir in anticipation.

Dated. 1-30-06

Respecfully submitted.

*Lavelle Walke*
Lavelle Walke

1-1

QUE CLASE DE TRABAJO HACE UD.?

15. Have you ever been deported from the United States before?
Fue deportado de los Estados Unidos antes?

YES, to NIGERIA, OCTOBER 1999.

16. Did you ask the U.S. Attorney General, Secretary of the Department of Homeland Security, or the U.S. Immigration Service for permission to re-enter the United States after being deported?

Le pidio al procurador general, el secretario del departamento de Homeland Security o el servicio de inmigracion permiso para entrar a los Estados Unidos despues de ser deportado?

YES, I REQUESTED PERMISSION, but NEVER granted NOR DENIED.

3

00000041

I have read (or have had read to me) the foregoing statement, consisting of..............pages. I state that the answers made therein by me are true and correct to the best of my knowledge and belief and that this statement is a full, true and correct record of my interrogation on the date indicated by the above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement [and the correction(s) noted on page(s).....................................].

Signature........................................

Subscribed and sworn to before me at ...PHILADELPHIA, PA....
.............................................on..........8-12-04..............

........................................
Officer, United States Immigration and Naturalization Service

Witnessed by:.........SA JACK.................................

### RECORD OF SWORN STATEMENT

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Form I-263A (Rev. 11-20-63)



Gbeke Michael Awala
ID No. 82,074-054
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa 19105

NIXIE   212   1   08 09/17/05
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 19105056262  *1623-02950-09-35

Return to sender not at this address

Immigration and Naturalization Service
Nahms Bank Center
100 South Charles St.
11 Flr
Baltimore, Maryland 2120

Gbeke M. Awala
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105.

Legal mail:

REASON CHECKED
Unclaimed ___
Attempted-Not known ___
Insufficient Address ___
Refused ___
No such street ___ number ___
No such office in state ___
not remail in this envelope ___

School Records.
Duval County Bd of
Public Instruction,
Jacksonville, Florida 32231



Gbeke Michael Awala
Federal Detention Center
No. 82074-054
P.O. Box 562
Philadelphia, PA 19105

Mr. Michael Brown
Ms. Debora Brown

WRONG ADDRESS

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☒ NOT DELIVERABLE AS ADDRESSED
    — UNABLE TO FORWARD
☐ OTHER

Advise Correspondent to use
Address And Zip Code

RTS
RETURN TO SENDER

**U.S. DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: AWALA       GBEKE       M.         82074-054        6S        F.D.C. Phil.
      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**

(COMPLAINT ON INMATES PERSONAL PROPERTY) I want to direct the Administration to the Rules and principles set forth under Title 28 C.F.R. Ch. V (7-1-04 Edition) Part 553 Inmate property. Now the problem here I intend to submitt to this Honorable panel or warden for a redress is about negligence or intended negligence by staff against inmate. Mr. Freeman, from my understanding of is treatment towards my legal documents, constitute "deprivation of right under the 14th Amend. US. Const." I gave him an Original copy of my **Birth Certificate**, it took me three Months to obtain the alleged form, through many phone calls, and freeman was to have it **Notarized**, since I was released from the "Shu," he lost it.

DATE  10/23/05                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**



RECEIVED  
OCT 31 2005  
LEGAL DEPARTMENT  
FDC PHILADELPHIA

_____          _____
        DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: 393360-F1

                                           CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____          RECIPIENT'S SIGNATURE (STAFF MEMBER)
        DATE

USP LVN                                                      BP-229(13)
                                                             APRIL 1982

BP-S787.060 DENTAL/MEDICAL HEALTH HISTORY CDFRM
MAY 03
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

Language template provided in Spanish ____, or __English__.

| # | Question | Yes | No |
|---|---|---|---|
| 1. | Are you currently taking any medication? If so, what? _Internal Meds percoceta_ | X | |
| 2. | Are you allergic to or have you had a reaction to any medication or drug? If so, what? | | X |
| 3. | Have you been under the care of a physician during the past two years? If so, why? | | |
| 4. | Have you been hospitalized in the past two years? If so, why? _injury from shopping/wheelchair_ | X | |
| 5. | Do you have or have you ever had a heart murmur or been treated for a heart condition? | X | |
| 6. | Have you ever been treated for a tumor, growth, or cancer? | X | |
| 7. | Have you ever had excessive or prolonged bleeding as a result of a medical condition or medication (ex. Hemophilia or blood thinners)? | X | |
| 8. | Do you have a latex allergy? | | X |
| 9. | Do you currently use tobacco products? | | X |
| 10. | WOMEN ONLY: Are you pregnant? | | |

Check any of the following that you have had:

- [X] Congenital heart defects
- [ ] Heart attack or heart problems
- [ ] Stroke
- [X] Rheumatic fever
- [ ] Mitral Valve Prolapse
- [X] Anemia (blood problems)
- [ ] Thyroid problems
- [ ] Chronic bronchitis
- [ ] STD (syphilis, gonorrhea, herpes)
- [ ] Angio edema
- [ ] Arthritis
- [ ] Artificial heart valve
- [ ] Hepatitis (□A □B □C)
- [ ] Any type of transplant
- [ ] Steroid treatment
- [ ] Sickle Cell Anemia
- [ ] Angina
- [ ] High blood pressure
- [ ] Heart pacemaker
- [ ] Glucose - 6-phosphate dehydrogenase deficiency
- [ ] Epilepsy or seizures
- [ ] Diabetes
- [ ] AIDS or HIV infection
- [ ] Emphysema
- [ ] Tuberculosis (TB)
- [ ] Psychiatric treatment
- [ ] Artificial joint
- [ ] Radiation therapy
- [ ] Asthma

Do you have any disease, condition, or problem not listed? _____
Check any of the following that you have had or applies to you:

- [ ] Sensitive teeth
- [ ] Bleeding gums
- [ ] Food impaction
- [X] Pain around ear
- [ ] Tooth ache
- [ ] Wear partial dentures
- [ ] Unusual sounds while eating
- [ ] Snoring
- [ ] Blisters on lips or mouth
- [ ] Clenching or grinding
- [ ] Swelling or lumps in mouth/throat
- [ ] Burning tongue
- [ ] Bad breath
- [ ] Decayed teeth
- [ ] Loose teeth
- [ ] Wear dentures

| | | | |
|---|---|---|---|
| Printed Name: | Gbehe Awala | Signature: | |
| Reg. No.: | 82074-054 | Institution: | Health Services Unit FDC Philadelphia |
| Date: | | Updated: | |

(This form may be replicated via WP)

Gene M. Aurea
No. -82-074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Hon. Kent A. Jordan
Office of the Clerk
of the United States District
844 N. King Street,
Lockbox 18
Wilmington, Delaware
19801