GBEKE MICHAEL AWALA, No 82074-054
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105

Hon. Kent A Jordan
U.S. District Judge
844 N King St
Wilmington, DE 19801



March 26, 2006

05-783 (GMS)

Dear Judge,

Re: Awala vs Jordan, et al

Now, this case has once been condemned by me, then I refuse to believe that In fact a Continuance is not Imminently witnessed. I do not no what I was thinking about at the time wrote to split the case to an end. When It is evidence that the Defendant had denied all my relief and denied to answer my motion for release, and I'm not a bandit, my Continued In Custody as caused me a great harm I have wept bitterly, therefore, It appeas to me this is the beginning of Sorrow. However, I am perscuaded to proceed with my suit against the pressiding Judge who seated in the chair of Judgment because human rank means nothing to me and on this theory our U.S Constitution stands, therefore embroidered with Vidators,

gross abuse of Discretion, whereas your heart should Prompt to give Supports to end misscarrage of Justice, the question presents here is the Criminal case-04-907 Involving Hon Kent A. Jordan, why are you putting me to the test?, and what authority have you for acting like this?, And who gave you this authority to question a Just one that you refuse to believe that I was born in Florida, You rest and Seized me, maltreated me, then I will tell you my authority for acting like this. Awala's baptism, what was its origin? America or Africa, Awala's Hospital Birth Report Retroactive to May 17 1971, you refuse to believe it was here in the United States of America, Nor will I tell you my authority for acting. However, because in my mothers Arms, I was a Baby and a child in this Country, then why you have Refusted to believe in me — what is your opinion — you have proved to be unworthy, Incapable, untrustworthy and In my Criminal trial Comptable Improperly tried me and Coerced the Jury Verdict. Is it the Reputation of this Court? must I not be allowed to Visit the State Court in florida and settle my Birth Records issues, what you are doing is not right, Now, listen to the advice I am going to give you your task is to seat to administer Justice for the people, when they have problem and you give a ruling between the one and the other and make the US statutes and US Constitutions known breathed on them and to teach the statutes and laws, and show them the way they ought to follow and how they aught to behave, you shall not permit false Evidence, you should not be led into wrong-doing by majority. Therefore, let me go, this is my Home I'm American. Respectfully.