OFFICE OF THE CLERK

**MARCIA M. WALDRON**      UNITED STATES COURT OF APPEALS     TELEPHONE
CLERK     FOR THE THIRD CIRCUIT     215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

September 8, 2006

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

            Re:  Awala v. Jordan, et al
            <u>D. Del. No. 05-cv-0783-GMS</u>

Dear Mr. Dalleo:

     Pursuant to Rule 4(d), <u>Federal Rules of Appellate Procedure</u>, and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>, we are forwarding the attached notice of interlocutory appeal which was filed with this office in error.  See Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u> and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>.  **The notice was postmarked August 28, 2006 and should be docketed as of that date.**

     This document is being forwarded solely to protect the litigant's right to appeal as required by the <u>Federal Rules of Appellate Procedure</u> and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

     Pursuant to Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u>, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

     Thank you for your assistance in this matter.

            Very truly yours,

            Marcia M. Waldron, Clerk

           By:  By: /s/ Bradford A. Baldus
                Bradford A. Baldus,
                Senior Counsel to the Clerk

Enclosure
cc: Gbeke Awala #82074-054 (w/out enclosure)

Gbeke Michael Awala #82074-054
CI Moshannon Valley
Correctional Institution
P. O. Box 2000
Philipsburg, PA  16866