IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Gbeke M. Awala,
  Plaintiff-Appellant

  v.

Kent A. Jordan et al.
  Defendant-Appellee

Appeal No: 05
U.S.D.C. No. 05-783-GMS

## NOTICE OF APPEALS

Notice is hereby given that I, Gbeke M. Awala, Plaintiff-Appellant, In the above Captioned Case, hereby appeal to the United States Court of Appeals for the 3rd Circuit from the final judgment of the District Court, entered in this action, In the United States District Court for the District of Delaware, because Plaintiff was not able to exhaust to use Completely his Right to Appeal this matter pursuant to Federal Rule of Appellate P. Rule 4 (a).

— The appeal will point out that the attorney-client privilege and the work-product doctrine are Integral to the proper functioning of the legal System, and the defendant Jordan is not empowered to override these protections In favor of Plaintiff Awala.

without sufficient Cause.

— The Taint teams of Jurors openly all White and one black present Inevitable, and reasonably foreseeable, risk to Construe that they have been Implicated.

— The nature of the Plaintiff's Criminal Case is more than minimal Planning as Involving the defendant's gross abuse of discretion to prevent manifest Injustice, to which Plaintiff believes he was Convicted by group of Jurors who had been rewarded by briberies on his Case Similar to. See United States v. Muhammed (1997, I LL), 120 F3d 688, and (Jul 24, 1997). (Defendant Convicted of bribery and Obstruction of Justice in Connection with his soliciting bribe from defendant in Civil trial, even though defendant did not carry out his bribery discussions with undercover Agents).

WHEREFORE, Plaintiff Appellant Prays the Court of Appeals grant him his Standing and reward him openly the right to exhaust the appeal in this Case.

Submitted underpenalty of perjury to be true and Correct.

Dated. 8/24, 2006.                    Respectfully Submitted.

                                      Gbeke Michael Awala.
        2-2.                          No. 82074-054.
                                      M.V.C.C., P.O. Box 2000

Gbeke Michael Awala Pro Se
No. 82074-054
M.V.C.C
P.O. Box 2000
Philipsburg, PA 16866

legal Mail:

INMATE MAIL FROM A CORRECTIONAL FACILITY

Honorable Anthony Scirica
Chief Judge
U.S. Court of Appeals
for third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

U.S.M.S
X-RAY

RECEIVED
AUG 30 2006
U.S.C.A 3rd CIR.

02 1A
0004616631
MAILED FROM ZIP CODE 16866
$00.390
AUG 28 2006
PITNEY BOWES
UNITED STATES POSTAGE