UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4068

Awala v. Jordan

To: Clerk

1) Reopening the Time to File an Appeal



A True Copy:

/s/ Marcia M. Waldron

Marcia M. Waldron, Clerk

---

    The foregoing Motion is denied.  This Court is specifically prohibited from considering a motion to for leave to file an appeal out of time or to excuse the untimely filing of an appeal.  Rule 26(b)(1), Fed. R. App. P.  Such a motion must be filed in the District Court.  Rule 4(a)(5), Fed. R. App. P.

    The appeal is dismissed because appellant has neither paid the $ 455.00 in filing and docketing fees nor filed a motion demonstrating that the appeal concerns a matter placing the appellant in imminent danger of serious physical injury.  Rules 3.3 and Misc. 107.1, Third Circuit Local Appellate Rules.

    In the future all submissions to the Court, or a judge thereof, must be filed with the clerk rather than directly with the judge as required by Rule 25, Fed. R. App. P.  The judges of the Court will not consider nor act upon submissions sent directly to them.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: October 12, 2006
CRG/cc: Mr. Gbeke M. Awala
       US Atty Wilm